# United States District Court
# For The Western District of North Carolina
# Statesville Division

JEREMIAH ROYSTER,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                                 CASE NO. 5:09CV26-1-MU

KEITH WHITENER, ET AL.,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court by and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's April 1, 2009, Order.

                                              Signed: April 1, 2009

Frank G. Johns, Clerk
United States District Court